# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

*In re Ronald A. Katz Technology Licensing, L.P.*

No. 2014-1484

**CERTIFICATE OF INTEREST**

Counsel for the Appellant Ronald A. Katz Technology Licensing, L.P. certifies the following:

1. The full name of every party or amicus presented by me is:

Ronald A. Katz Technology Licensing, L.P.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Appeared before the Patent and Trademark Office and Board of Patent Appeals and Interferences:  Berry & Associates P.C.: Reena Kuyper (non-attorney)

Expected to appear in this court:  Cooley LLP:  Frank V. Pietrantonio, Lori R. Mason and Lowell D. Mead

June 2, 2014                              /s/ *Frank V. Pietrantionio*
                                           Frank V. Pietrantonio