**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2014-1484 _____

In re Ronald A. Katz Technology L.P. _____

**v.**

_____

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Ronald A. Katz Technology, L.P. _____

Party is (select one)   ☑ Appellant/Petitioner    ☐ Cross-Appellant
                        ☐ Appellee/Respondent     ☐ Intervenor

Tribunal appealed from and Case No.  USPTO Patent Trial and Appeal Board, 90/11,515 _____

Date of Judgment/Order  1/31/2014 _____   Type of Case  USPTO Ex Parte Patent Reexam _____

Relief sought on appeal  Reverse decision of the Board affirming claim rejection in reexamination.

Relief awarded below (if damages, specify)  _____
None.

Briefly describe the judgment/order appealed from  _____

The Board affirmed the Examiner's rejection of claims 31 and 49 of U.S. Patent 5,684,863 as anticipated and/or obvious over the prior art in ex parte reexamination control no. 90/011,515.

_____

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____

See attached.

_____

Brief statement of the issues to be raised on appeal _____

The prior art does not anticipate or render obvious the patent claims at issue.

_____

Have there been discussions with other parties relating to settlement of this case?

☐ Yes　☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?　☐ Yes　☐ No

If they were mediated, by whom? _____

_____

**FORM 26.  Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?     ☐ Yes   ☑ No

If you answered no, explain why not _____

Appellant does not believe the case is amenable to mediation because Appellant seeks relief from a USPTO rejection of the patent claims.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 2nd day of June, 2014

by: CM/ECF Electronic Filing
(manner of service)

Frank V. Pietrantonio                          /s/ Frank V. Pietrantonio
Name of Counsel                                Signature of Counsel

Law Firm  Cooley LLP

Address  11951 Freedom Drive

City, State, ZIP  Reston, VA 20191-5656

Telephone Number  703 456-8000

FAX Number  703 456-8100

E-mail Address  fpietrantonio@cooley.com

**Docketing Statement – Attachment**

**In re Ronald A. Katz Technology Licensing L.P.
Case No. 2014-1484**

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued:

In re Katz Interacting Call Processing Litigation, Appeal Nos. 2009-1450, 2009-1451, 2009-1452, 2009-1468, 2009-1469, 2010-1017, 639 F.3d 1303 (Fed. Cir. 2011) (Bryson, J.), In re Ronald A. Katz Tech. Licensing, L.P., Appeal No. 2013-1137, In re Ronald A. Katz Tech. Licensing, L.P., Appeal No. 2013-1138, In re Ronald A. Katz Tech. Licensing, L.P., Appeal No. 2013-1139, In re Ronald A. Katz Tech. Licensing, L.P., Appeal No. 2013-1272, In re Ronald A. Katz Tech. Licensing, L.P., Appeal No. 2013-1273, In re Ronald A. Katz Tech. Licensing, L.P., Appeal No. 2013-1274, and In re Ronald A. Katz Tech. Licensing, L.P., Appeal No. 2013-1428.